UNITED  STATES  BANKRUPTCY  COURT
EASTERN  DISTRICT  OF  PENNSYLVANIA


IN  RE:                    :        CHAPTER 13

Walter Shelley              :        NO.   14-16476-AMC


## <u>NOTICE  OF  PRAECIPE  TO  CHANGE  ADDRESS</u>


Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new

address as follows: 5330 Race Street, Philadelphia, PA 19139.



/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated: 5/5/17