```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


         IN RE:               :    CHAPTER 13
                              :
      Walter L. Shelley       :    No. 14-16476-AMC
            Debtor
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Plan After Confirmation was served on June 6, 2018, on the Chapter 13 Standing Trustee, William C. Miller, by electronic mail, and upon the all secured creditors by first class mail and all unsecured creditors.

```
                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor
                              Suite 160 West, Curtis Ctr.
                              601 Walnut Street
                              Philadelphia, PA 19106
Dated:6/6/18                  215-625-9600
```