IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :    CHAPTER 13
                                 :
Walter L. Shelley                :    No. 14-16476-AMC
      Debtor

## O R D E R

AND NOW, this 17th day of July, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $20,824.00 has been paid to the Trustee and the Debtor shall pay $425.00 per month for 10 months for a total base amount of $25,074.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire