IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Walter L. Shelley | : | No. 14-16476-AMC |
| Debtor | | |

O R D E R

AND NOW, this          day of                  , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: March 5, 2019**              _____
                                     HONORABLE ASHELY M. CHAN
                                     UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Walter L. Shelley

PAYROLL CONTROLLER
Global Aviation Service
50 S. 3rd Street
Lansdowne, PA 19050