```
            IN THE UNITED STATE BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   In      Walter L Shelley          )    Chapter 13
   Re:        Debtor                 )
                                     )    No.  14-16476-AMC
                                     )
```

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Supplemental Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                                        /s/David M. Offen
                                                        David M. Offen
                                                        **Attorney for Debtor**

**Date:4/29/19**