United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Walter L. Shelley
    Debtor

Case No. 14-16476-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Apr 30, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
db         +Walter L. Shelley,   5330 Race Street,   Philadelphia, PA 19139-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor    Global Lending Services agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
           DAVID M. OFFEN    on behalf of Plaintiff Walter L. Shelley dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
           DAVID M. OFFEN    on behalf of Debtor Walter L. Shelley dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
           JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
           THOMAS I. PULEO    on behalf of Creditor    Global Lending Services tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
Walter L. Shelly          :
    Debtor                :    No. 14-16476-AMC

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 are allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

DATED: **April 30, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire