United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16476-amc
Walter L. Shelley                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 2          Date Rcvd: Jun 13, 2019
                             Form ID: 138NEW         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db             +Walter L. Shelley,    5330 Race Street,    Philadelphia, PA 19139-2609
cr             +Global Lending Services,    6400 Main Street,    Amherst, NY 14221-5858
13459126        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
13398186       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13367039        Childrens Hospital,    34th and Spruce Street,    Philadelphia, PA 19104
13367040        Comcast Cable,    Payment Processing Center - 27,    P.O. Box 55126,    Boston, MA 02205-5126
13367041        Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13367043       +Dept Of Ed/Aspire Reso,    Po Box 61047,    Harrisburg, PA 17106-1047
13367045       +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
13367049        Dustin Burke,    Philadelphia, PA
13367051       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13367052       #+Global Lending Service,    5 Concourse Pkwy Ne Ste,    Atlanta, GA 30328-7104
13367056       +Northeastern Title Loans,    1560 North DuPont Hwy.,    New Castle, DE 19720-1902
13424185       +Northeastern Title Loans,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
13367058        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13367059       +Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
13367062       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap On Credit,    950 Technology Way suite 301,
                Libertyville, IL 60048)
13367063       +Tek-Collect Inc,    871 Park St,    Columbus, OH 43215-1441
13367064       +University of Penn,    PO Box 824336,    Philadelphia, PA 19182-4336
13463006       +Wells Fargo Bank,    PO Box 55058  MAC P6053-021,    Portland, OR 97238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:13    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:16
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13403117        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 03:26:06
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13367036        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:09    Cap One,
                Po Box 85520,    Richmond, VA 23285
13367037       +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 14 2019 03:31:55    Cbe Group,
                1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13367038       +Fax: 602-659-2196 Jun 14 2019 04:36:14   Chex Systems,    7805 Hudson Road,    Suite 100,
                Woodbuyr, MN 55125-1703
13367042       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 14 2019 03:32:48
                Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13367047       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 14 2019 03:32:36    Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
13367048        E-mail/Text: bankruptcynotices@dcicollect.com Jun 14 2019 03:32:36
                Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
13367050       +E-mail/Text: bknotice@ercbpo.com Jun 14 2019 03:31:41    Enhanced Recovery Corporation,
                P.O. Box 23870,    Jacksonville, FL 32241-3870
13370529        E-mail/Text: bankruptcy@glsllc.com Jun 14 2019 03:30:32    Global Lending Services,
                P O Box 311,    Williamsville, NY 14231
13437048        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:49    Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13367053        E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2019 03:31:34    Midland Credit Management, Inc.,
                P.O. Box 60578,    Los Angeles, CA 90060-0578
13367054       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2019 03:31:34    Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13463634        E-mail/PDF: pa_dc_claims@navient.com Jun 14 2019 03:25:38    Navient Solutions Inc.,
                Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA  18773-9635
13367055       +E-mail/PDF: bankruptcy@ncfsi.com Jun 14 2019 03:25:14    New Century Financial,
                110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
13367057       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 14 2019 03:30:52    PECO,
                2301 Market Street,    Philadelphia, PA 19103-1380
13404311       +E-mail/Text: csidl@sbcglobal.net Jun 14 2019 03:31:58    Premier Bankcard/Charter,
                PO Box 2208,    Vacaville, CA 95696-8208
13367060        E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:52    QVC Network,    P.O. Box 103065,
                Roswell, GA 30076
13367061        E-mail/Text: bkrpt@retrievalmasters.com Jun 14 2019 03:31:34    RMCB,    PO Box 1235,
                Elmsford, NY 10523-0935
13456109        E-mail/Text: appebnmailbox@sprint.com Jun 14 2019 03:31:33    Sprint Correspondence,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949

```
District/off: 0313-2          User: Antoinett        Page 2 of 2           Date Rcvd: Jun 13, 2019
                             Form ID: 138NEW         Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13367065        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2019 03:30:29
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13367067        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2019 03:30:29
                 Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
                                                                                    TOTAL: 24
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13367044*       +Dept Of Ed/Aspire Reso,    Po Box 61047,    Harrisburg, PA 17106-1047
13367046*       +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
13367066*       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    Global Lending Services agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Plaintiff Walter L. Shelley dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Debtor Walter L. Shelley dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          THOMAS I. PULEO    on behalf of Creditor    Global Lending Services tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Walter L. Shelley

     Debtor(s)           Bankruptcy No: 14−16476−amc

                    Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

  4. All objections must be filed with the Clerk at the following address:

       900 Market Street
       Suite 400
       Philadelphia, PA 19107

  5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

            For The Court
            Timothy B. McGrath
            Clerk of Court

Dated: 6/13/19

                 79 − 78
                Form 138_new